In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
NO. 09-22-00220-CV

IN THE INTEREST OF B.F.

On Appeal from the 317th District Court
Jefferson County, Texas
Trial Cause No. C-234,240

## MEMORANDUM OPINION

On May 10, 2021, the trial court signed an order dismissing Trial Cause Number C-234,240. On July 15, 2022, T.F. filed a notice of appeal. We notified the parties that the notice of appeal had been filed outside the time for which an extension of time may be granted for filing a notice of appeal, and we warned the appellant that we would dismiss the appeal for lack of jurisdiction unless grounds were shown for continuing the appeal. T.F. filed a response, but she did not establish that she had timely perfected an appeal from the trial court's order of May 10, 2021.

The Court finds that the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.1. No motion for extension of time was timely filed. *See* Tex. R. App. P. 26.3. Accordingly, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 24, 2022
Opinion Delivered August 25, 2022

Before Golemon, C.J., Kreger and Horton, JJ.